

# Enhanced Recovery Company, LLC

August 13, 2014

**Creditor:** Verizon Wireless
**Original Creditor:** VERIZON WIRELESS
**Account Number:** XXXXXXXXXX0001
**Principal:** $202.03
**Collection Fees:** $36.36
**Amount of Debt:** $238.39
**Reference Number:** 106439117

## YOU HAVE OPTIONS

LAYTORA ROBERTSON

Our records indicate that your balance with Verizon Wireless remains unpaid; therefore your account has been placed with Enhanced Recovery Company, LLC for collection efforts. We are willing to reduce your outstanding balance by offering discounted options.

Option 1: Pay the settlement of $143.03, please remit by September 17, 2014.
Option 2: Pay the settlement of $154.95, payable in 2 monthly payments of $77.47.
Option 3: Pay the settlement of $166.87, payable in 3 monthly payments of $55.62.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.



View statements, pay your balance, and manage your account online at www.payerc.com

Telephone: (800) 403-7816 Toll Free. All calls are recorded and may be monitored for training purposes.

Send correspondence to: Enhanced Recovery Company, LLC, P.O. Box 57610, Jacksonville, FL 32241

Office Hours (Eastern Time): Mon - Thur, 8:00 am - 11:00 pm; Fri 8:00 am - 10:00 pm; Sat: 8:00 am - 8:00 pm

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**



---

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456



| IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. | | | |
|---|---|---|---|
| VISA  MasterCard  AMERICAN EXPRESS | | | BILLING ZIP |
| CARD NUMBER | | | SECURITY CODE |
| SIGNATURE | | | EXP. DATE |
| REFERENCE NUMBER | AMOUNT OF DEBT | | AMOUNT PAID |
| 106439117 | $238.39 | | $ |

August 13, 2014



98690 - 18733

LAYTORA ROBERTSON
36 MILL ST
NEWTON NJ 07860-1422

Enhanced Recovery Company, LLC
P.O. Box 23870
Jacksonville, FL 32241-3870

018736


Scanned by CamScanner