**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAYTORA ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>Defendant. | Civil Action No. 15-1970<br><br>**ORDER** |

**CECCHI, District Judge.**

Before the Court is the motion of Defendant Enhanced Recovery Company, LLC ("Defendant"), for a judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). ECF No. 21. Plaintiff Laytora Robertson ("Plaintiff") opposes the motion. ECF No. 22. For the reasons set forth in this Court's corresponding Opinion,

IT IS on this 30 day of November, 2017,

**ORDERED** that Defendant's Motion for Judgment on the Pleadings, ECF No. 21, is **GRANTED WITHOUT PREJUDICE.**

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.